NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Max Antoine, et al. | : | |
| | : | |
| Plaintiffs, | : | Civil No. 03-3738 (DRD) |
| | : | |
| Police Officer Philip Rucker, et al. | : | **ORDER** |
| | : | |
| Defendants. | : | |

This matter having been brought before the Court a second time by Plaintiffs on a Motion for Reconsideration and/or Clarification of the July 11, 2006 Opinion and Order of the Court, pursuant to Local Civil Rule 7.1 (i); and the Court having considered the submissions of the parties; and the motion having been filed beyond the ten (10) day period after entry of judgment in which such a motion may be filed; and Plaintiffs' having failed to file the required brief in accordance with Local Rule 7.1(i); and Plaintiffs' having failed to raise claims of violations of the New Jersey Law Against Discrimination prior to the July 11, 2006 decision of the Court; and for good cause as shown in the opinion of even date;

IT IS, on this 12th day of March, 2007

ORDERED that Plaintiffs' Motion for Reconsideration and/or Clarification is denied with prejudice.

/s/ Dickinson R. Debevoise
Dickinson R. Debevoise, U.S.S.D.J.