**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Max Antoine, et al. | : | |
| Plaintiffs, | : | Civil No. 03-3738 (DRD) |
| Police Officer Philip Rucker, et al. | : | **ORDER** |
| Defendants. | : | |

    This matter having been brought by Plaintiffs on a Motion, pursuant to Local Civil Rule 7.1(i), for Reconsideration of the May 14, 2007 Order of the Court, wherein Plaintiffs' counsel's certification alleges that he did not receive notice of either Defendants' Motion for Partial Summary Judgment or the Court Clerk's docket entry of a hearing date and, thus, could not oppose; and the Court having considered the submissions of the parties; and Plaintiffs' counsel having been sent adequate and appropriate notice via the Court's case management/electronic case filing system; and, further, Plaintiffs having failed to satisfy the requirements of the local rule by failing to file the required brief to identify the legal or factual issues which the Court overlooked; and for good cause as shown in the Opinion of even date;

    IT IS, on this 14th day of June, 2007

    ORDERED that Plaintiffs' Motion for Reconsideration is denied.

    /s/ Dickinson R. Debevoise  
    Dickinson R. Debevoise, U.S.S.D.J.